## AINSWORTH V. PEABODY.

The bail is exonerated by a judgment in favor of his principal, although upon a new trial judgment is against him.

SCIRE FACIAS on a bond given for the appeal of a cause. The appellant recovered in said cause — afterwards a new trial was granted, and final judgment was rendered in favor of the appellee — who now brought this *scire facias* against the bail.

The question of law was — Whether the bondsman was not exonerated by the first judgment in favor of the appellant. Had the judgment been set aside by a writ of error the bail would not be subjected.   This was decided in the case of Butler v. Bissel at New London, September Term, 1785 — on a *scire facias* against the special bail.   And the courts have considered a judgment set aside by granting of a new

trial, as having the same effect in respect to the bail as a judgment reversed upon a writ of error. See Fleming, Executor of M'Donald, v. Sheriff Lord, Litchfield, August Term, 1790.

The plaintiff finding the opinion of the court against him, withdrew the action.